Priority ―
Send ―
Enter ―
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ―
Scan Only ―

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> vs. <br><br> COLONY MORTGAGE LENDERS, INC., <br><br> Defendant. | CASE NO. 09-cv-09331-RGK (PLAx) <br><br> (PROPOSED) ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

Based upon the Stipulation for Dismissal with Prejudice filed by the parties this case is hereby dismissed with prejudice. Each party is to pay its own fees and costs.

It is so ordered.

DATED: DEC - 3 2010

_____
The Honorable R. Gary Klausner

- 1 -
(PROPOSED) ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

482720